AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA </br> v. </br></br> ABID HUSSAIN </br></br></br></br> Defendant. | ) </br> ) </br> ) Case No. 8:25-MJ-006 (GLF) </br> ) </br> ) </br> ) </br> ) </br> ) |

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 16 2025
AT____ O'CLOCK____
John M. Domurad, Clerk - Plattsburgh

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 15, 2024, in the county of Clinton in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | The Defendant, knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, did transport, move and attempt to transport and move, such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒  Continued on the attached sheet.

*D. Matthews*   4:30 PM - 1/15/25

*Complainant's signature*

U.S. Border Patrol Agent Dustin M. Matthews

*Printed name and title*

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Jan. 16, 2025

*Judge's signature*

City and State:   Plattsburgh, New York   Hon. Gary L. Favro, U.S. Magistrate Judge

*Printed name and title*

*Continuation Sheet, United States v. **Abid Hussain**.*

On January 14, 2024, at approximately 10:30 P.M., Swanton Sector Radio dispatch advised Border Patrol Agents of a Royal Canadian Mountain Police (RCMP) call out for several subjects walking southbound into the United States from Canada. At approximately 12:38 A.M. on January 15, 2025, agents were conducting line watch operations in Churubusco, New York, when a Black Honda Pilot bearing NY tag OKARA-43 was observed driving northbound on Lost Nation Road. As the Honda Pilot passed by, agents observed the driver with no other visible vehicle passengers. At the time of this vehicle observation, the entire county was under a severe winter storm, with very heavy snowfall causing white-out conditions.

At approximately 12:40 A.M, a black SUV was captured via border security camera image near the end of Lost Nations Road. As agents began driving southbound on Lost Nations Road to locate the vehicle, agents observed a U-turn, and fresh human footprints in the middle of the road in the fresh snow. Agents observed that the footprints disappeared as they met the vehicles tire tracks. Agents then began following the vehicle tracks, locating the vehicle driving westbound at the Earlville Road and McCormick Road intersection.

Agents patrolling westbound on US-11 encountered the Honda Pilot travelling eastbound near the intersection of US-11 and Earlville Road. Several additional people were observed in the back of the vehicle and appeared piled on top of one another.

Agents then made a safe U-turn in their marked Border Patrol Service vehicle to follow the Honda Pilot and perform an immigration inspection. After turning around, agents were now heading eastbound on US-11 following the Honda Pilot. By this time, the Honda Pilot had gained quite a distance between itself and agents, which indicated to agents that the driver had accelerated significantly. Agents followed the vehicle from a distance as it turned southbound onto Ryan Road from US-11. Approximately 3.5 miles south on Ryan Road, agents finally caught up to the vehicle because it had gone off the road and was stuck in a ditch full of snow.

At approximately 01:15 A.M, agents arrived on scene and quickly began to assess the situation looking for any injuries that may have occurred from the vehicle sliding off the road. After all occupants in the vehicle declined medical attention, agents identified themselves as United States Border Patrol Agents and began to conduct an immigration inspection on all occupants in the Honda Pilot. Agents noted that all subjects, excluding the driver, were heavily dressed, had wet clothing and large duffle bags or backpacks. The driver, later identified as Abid HUSSAIN, claimed to be a United States citizen. All eight passengers claimed to be citizens of India and to have crossed the United States/Canada border without inspection, and did not possess any documentation to be or remain in the United States legally.

At this time, all nine subjects in the Honda Pilot were detained and transported to the Burke Border Patrol Station for further record checks, interviews and processing.

At the station, biographical information and fingerprints were entered into Department of Homeland Security databases for all nine subjects. Record checks revealed that HUSSAIN is a citizen of the United States. Record checks revealed that all eight of the additional passengers in the Honda Pilot were citizens of India with no documentation to be in, passthrough or remain in the United States legally.

At the station, HUSSAIN was read his *Miranda* rights and agreed to speak with agents without an attorney present. HUSSAIN admitted that this was the third time he had picked up individuals near the international border. HUSSAIN admitted that on this occasion, he observed the individuals he picked up standing on the side of the road, in an area with no nearby houses, before they loaded into his vehicle. HUSSAIN also admitted that he received WhatsApp messages with GPS location data for where to pick the individuals up.